UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MELVIN WILLIAMS, JR.                                                                       PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:16cv75-DPJ-FKB

BFI WASTE SERVICES, LLC                                                              DEFENDANT

JUDGMENT

For the reasons given in the Order entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**SO ORDERED AND ADJUDGED** this the 16th day of June, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE